NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUALCOMM INCORPORATED,**
*Appellant*

**v.**

**INTEL CORPORATION,**
*Cross-Appellant*

---

2020-1587, 2020-1588, 2020-1654

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01152, IPR2018-01153.

---

## JUDGMENT

---

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for appellant.  Also represented by ROBERT BREETZ, DAVID B. COCHRAN, DAVID MICHAEL MAIORANA, JOSEPH M. SAUER, Cleveland, OH; MATTHEW JOHNSON, JOSHUA R. NIGHTINGALE, Pittsburgh, PA; JENNIFER L. SWIZE, Washington, DC.

JAMES MURPHY DOWD, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for cross-appellant.

Also represented by DAVID LANGDON CAVANAUGH, Washington, DC; KELLI POWELL, Boston, MA.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2021          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                               Clerk of Court